ACCEPTED
01-15-00124-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/12/2015 11:46:58 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00124-CV

| | | |
|---|---|---|
| **SUNBELT RENTALS, INC.** | § | **IN THE 1ˢᵗ COURT OF APPEALS** |
| | § | |
| **VS.** | § | |
| | § | |
| **SOUTHWEST PIPE** | § | |
| **SERVICES, INC. AND** | § | |
| **JOE BRIERS** | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/13/2015 7:11:00 AM

CHRISTOPHER A. PRINE
Clerk

### DEFENDANTS', SOUTHWEST PIPE SERVICES, INC. AND JOE BRIERS NOTICE OF PAYMENT OF CLERK'S RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Defendants, Southwest Pipe Services, Inc and Joe Briers, and files

this their proof of payment for the Clerk's Record.

The Clerks Record was paid for on April 12, 2015 in the amount of $209.00.

Respectfully submitted,

**JASON A. POWERS, ATTORNEY**

_____
**Jason A. Powers**
SBOT 24027745
PO Box 272425
Houston, Texas 77277
Tele:    (832) 647-8493
Fax:    (832) 415-0593
jason@jasonapowers.com

ATTORNEY FOR DEFENDANTS

### CERTIFICATE OF SERVICE

This is to certify that on April 12, 2015, a true and correct copy of the foregoing instrument has been sent to all counsel of record in accordance with the Texas Rules of Civil Procedure.

**Jason A. Powers**